
RECEIVED JAN 30 2015 CLERK, U.S. DISTRICT COURT RICHMOND, VA

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES F. LAM, <br>     Plaintiff, <br><br> v. <br><br> ALLIED TITLE LENDING, LLC d/b/a <br> ALLIED CASH ADVANCE, <br><br>     Defendant. | Case No. 3:14 cv 798-REP |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, JAMES LAM, by counsel, and moves the United States District Court for the Eastern District of Virginia, Richmond Division to dismiss the above-styled action with prejudice, as the Plaintiff has resolved his claims against the Defendant ALLIED TITLE LENDING, LLC. It is hereby ORDERED that the civil action 3:14 cv 798-REP is DISMISSED with prejudice, and this matter is ENDED. This Court retains jurisdiction for the limited purpose of enforcing the settlement agreement.

It is so ORDERED.

ENTERED THIS 2-4 DAY OF February R&1 January, 2015.

AND THIS CAUSE IS ENDED

/s/ REP
Robert E. Payne
United States District Judge

- 2 -

SEEN AND AGREED:

By: _____
Amy L. Brown (VSB No. 37824)
SQUIRE PATTON BOGGS (US) LLC
1200 19th Street, NW
Suite 300
Washington, DC 20016
Tel: (202) 626-6707
Fax: (202) 626-6780
Email: amy.brown@squirepb.com
*Counsel for Defendant Allied Title Lending LLC*

By: _____
Erin Elizabeth Witte (VSB No. 81096)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive
Suite 200
Fairfax, VA 22030
Tel: 703.277.9770
Fax: 703.591.9285
ewitte@siplfirm.com
*Counsel for Plaintiff James F. Lam*